**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**VINCENT SONNICK,**

                **Plaintiff,**

    vs.                                                 5:20-CV-396
                                                       (TJM/ML)

**CHRISTOPHER BUDLONG, Trooper, Oneida**
**Troop D Headquarters; TROOPER HORTON,**
**Oneida Troop D Headquarters; HERITAGE PARK**
**APARTMENTS; ONONDAGA COUNTY SHERIFF;**
**and DANIELLE WILLIS,**

                **Defendants.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**

### DECISION & ORDER

The Court referred this *pro se* civil action, brought pursuant to 42 U.S.C. § 1983, to Magistrate Judge Miroslav Lovric for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  Plaintiff alleges that Defendants violated his civil rights in a variety of ways by targeting and harassing him at his home.

Magistrate Judge Lovric's Report-Recommendation, dkt. # 4, issued on June 4, 2020, finds that Plaintiff has failed to allege facts sufficient to state a claim against any of the Defendants and recommends that the Court dismiss the claim with leave to replead. Magistrate Judge Lovric finds that Plaintiff has not alleged personal involvement on the part of the individual defendants who could be sued, and that he has attempted to sue

1

parties that could not be liable under Section 1983.  Magistrate Judge Lovric recommends, however, that Plaintiff be permitted to re-plead his complaint.

Plaintiff did not object to the Report-Recommendation, and the time for such objections has passed.  After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will accept and adopt the Report-Recommendation for the reasons stated therein.

Accordingly,

The Report-Recommendation of Magistrate Judge Lovric, dkt. # 4, is hereby **ACCEPTED** and **ADOPTED**.  Plaintiff's Complaint is hereby **DISMISSED** without prejudice to repleading.  Plaintiff shall file any amended complaint within thirty days of the date of this order or the Court will consider him to have abandoned the case.  The Clerk of Court is directed to close the case is Plaintiff fails to file an amended complaint by that date.

**IT IS SO ORDERED.**

**Dated:** July 17, 2020

Thomas J. McAvoy
Senior, U.S. District Judge